**HUMBOLDT BANK, a California corporation, Plaintiff—Appellant,**

v.

**GULF INSURANCE COMPANY, a Connecticut corporation, Defendant—Appellee.**

No. 04–16424.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 17, 2006.

Filed July 12, 2006.

John M. Grenfell, Esq., Rodney R. Peck, Esq., Pillsbury Winthrop, LLP, San Francisco, CA, John F. Friedemann, Esq., Kyle M. Fisher, Esq., Friedemann, O'Brien, Goldberg & Zaria, Santa Rosa, CA, for Plaintiff—Appellant.

Gary J. Valeriano, Esq., David T. Dibiase, Anderson, McPharlin & Conners LLP, Los Angeles, CA, for Defendant—Appellee.

Before: KOZINSKI and FISHER, Circuit Judges, and BLOCK,* District Judge.

MEMORANDUM **

We affirm, substantially for the reasons articulated by the district court in its opinion. *See Humboldt Bank v. Gulf Ins. Co.,* 323 F.Supp.2d 1027 (N.D.Cal.2004).

**AFFIRMED.**

---

* The Honorable Frederic Block, Senior United States District Judge for the Eastern District of New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.